**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JHON KENNEDY CASTILLO GARCIA,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br>Respondent. | Case No. 1:26-cv-04461 JLT CDB<br>A-No.: 221-487-416<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO DISMISS<br>(Doc. 16, 19) |

Jhon Kennedy Castillo Garcia is an immigration detainee proceeding with a petition for writ of habeas corpus to 28 U.S.C. § 2241. (Doc. 1.) Respondent moved to dismiss the petition, asserting that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1231 after an immigration judge ordered removal on July 13, 2026, and Petitioner did not appeal the order. (Doc. 16.) Petitioner opposed the motion. (Doc. 17.)

The magistrate judge found that, contrary to Respondent's assertions, "publicly available information from the Executive Office for Immigration Review [showed] the BIA received a case appeal that is 'currently pending'…" (Doc. 19.) Because the BIA accepted the appeal, the magistrate judge found that "Petitioner is not the subject of an administrative final order of removal" and the proper detention authority is 8 U.S.C. § 1226(a). (*Id.*, citing *Torres-Casas v. Blanche*, 184 F.4th 1121, 1126 (9th Cir. 2026).) Therefore, the magistrate judge recommended the Court deny the motion to dismiss. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 17.) The Court advised the parties that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the deadline for objections has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 9, 2026 (Doc. 19) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 16) is **DENIED**.
3. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: _November 2, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE